# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

**JONATHAN DANIEL CLEMENTS**                                    **PLAINTIFF**

**V.**                    **CASE NO. 2:25-CV-2145**

**THE STATE OF ARKANSAS;**
**THE UNITED STATES FEDERAL GOVERNMENT;**
**and INTERNATIONAL GOVERNMENTS**
**AND RELIGIOUS BODIES**                                        **DEFENDANTS**

## ORDER

On November 20, 2025, the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R") (Doc. 6), finding that the Complaint was clearly based on sovereign citizen ideology and principles, and as such, was inherently frivolous and should be summarily dismissed as a waste of judicial resources.. On November 24, 2025, Plaintiff filed an Objection (Doc. 7), which comprises 173 pages (plus exhibits) of sovereign ideology. Principally, Plaintiff contends that the Magistrate Judge did not meaningfully engage with his claims before deeming them frivolous. The Court has undertaken a *de novo* review of the case and agrees with the Magistrate Judge in full.

Accordingly, **IT IS ORDERED** that the Objection is **OVERRULED**, the R&R is **ADOPTED**, Plaintiff's application to proceed in forma pauperis (Doc. 2) is **DENIED**, and the Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 1st day of December, 2025.

                                                    */s/ Timothy L. Brooks*
                                                    TIMOTHY L. BROOKS
                                                    CHIEF UNITED STATES DISTRICT JUDGE